Dismissed and Memorandum Opinion filed April 22, 2004









Dismissed and Memorandum Opinion filed April 22, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00202-CV

____________

 

ROBERT ORTIZ
D/B/A WILCREST DOCTORS CENTER, Appellant

 

V.

 

ALIEF
INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

On Appeal from the
189th District Court

Harris County, Texas

Trial Court Cause
No. 03-47081

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a default judgment signed November 28,
2003.  On April 13, 2004, appellant filed
a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  According to appellant=s motion, the trial court has signed
an order granting appellant=s motion for new trial. 
Therefore, the appeal has been rendered moot, and we grant appellant=s motion to dismiss.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 22, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.